UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | Crim. No. 07-954 (KSH) |
| v. | : | |
| | : | <u>WAIVER</u> |
| WAYNE WALLACE | : | |
|     a/k/a "Wayne Lawrence," | : | |
|     a/k/a "Wayne Loftus," | : | |
|     a/k/a "Loftus Wallcace," | : | |

I, WAYNE WALLACE, the above named defendant, who is accused of illegal reentry into the United States after having been deported subsequent to my conviction for an aggravated felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and having been advised of the nature of the charges, the Indictment, and of my right to have the case heard by a jury of 12 persons, pursuant to Rule 23 of the Federal Rules of Criminal Procedure hereby waive my right to a jury trial in open court on April 3, 2008, and consent to trial before the Court without a jury.

_____
Defendant WAYNE WALLACE

_____
Roy Greenman, Esq.
Counsel for Defendant

Before: _____
    Hon. KATHARINE S. HAYDEN
    United States District Judge