UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Katharine S. Hayden
                              :      Crim. No. 07-954 (KSH)
    v.                        :
                              :      CONTINUANCE ORDER
WAYNE WALLACE                 :
    a/k/a "Wayne Lawrence,"   :
    a/k/a "Wayne Loftus,"     :
    a/k/a "Loftus Wallcace,"  :

This matter having come before the Court on the Court's own motion.

IT IS THE FINDING OF THIS COURT that

1. Bench Trial is hereby is scheduled to commence on April 14, 2008 at 9:30 a.m.

2. The time period from April 4, 2008 through April 14, 2008 is excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) because it is delay resulting from pretrial motions.

_____
HON. KATHARINE S. HAYDEN
United States District Judge