**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Katharine S. Hayden |
| | Crim. No. 07-954 (KSH) |
| v. | |
| WAYNE WALLACE<br>  a/k/a "Wayne Lawrence,"<br>  a/k/a "Wayne Loftus,"<br>  a/k/a "Loftus Wallace," | JUDGMENT |

This matter having come before the Court by way of a bench trial; and the Court having considered the evidence and determined that the Government has proven each element of the offense beyond a reasonable doubt; and for good cause shown,

It is on this 8th day of May, 2008

**ORDERED AND ADJUDGED** that defendant Wayne Wallace is **GUILTY** of the offense set forth in the Indictment.

/s/ Katharine S. Hayden

HON. KATHARINE S. HAYDEN
U.S. District Judge