UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Katharine S. Hayden |
| | Crim. No. 07-954 (KSH) |
| v. | |
| | ORDER |
| WAYNE WALLACE | |
|     a/k/a "Wayne Lawrence," | |
|     a/k/a "Wayne Loftus," | |
|     a/k/a "Loftus Wallace," | |

The Court having considered defendant's Rule 29 motion for judgment of acquittal based on the statute of limitations, it is hereby ORDERED, this 30th day of June, 2008, that said motion is DENIED.

/s/Katharine S. Hayden
HON. KATHARINE S. HAYDEN
U.S. District Judge